AMERICAN MOTOR TOURS, INC., Respondent, v. ALBERT KIPFER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARTHUR H. SCHLOERB, Appellant, v. LYMAN E. WARREN, Respondent, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH P. DUFFY, Appellant, v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION, ▮ Respondent.— Judgment modified by providing that the complaint is dismissed not upon the merits but for lack of jurisdiction of the subject-matter, and as so modified affirmed, without costs, on the authority of Johnson v. U. S. Shipping Board Emergency Fleet Corporation, and accompanying cases, decided by the Supreme Court of. the United States January 6, 1930. [280 U. S. 320.] Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MEYER FREUND, Appellant, v. NATHAN NATKIN, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SEVERNOE SECURITIES CORPORATION, Respondent, v. LONDON AND LANCASHIRE INSURANCE COMPANY, LTD., Appellant, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of NICHOLAS A. STAVROUDIS, Petitioner, against EDWARD J. FLYNN, as Secretary of State, and Another, Respondents.— Order of certiorari dismissed, and determination of respondents confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ISAAC KATZ, Appellant, v. 40 EAST 49TH STREET CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ISIDORE WEIL and FERNAND WEIL, Respondents, v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK and Others, Defendants, Impleaded with NETTIE M. WEIL and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., `Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM BACHRACH, Appellant, v. RHODE ISLAND INSURANCE COMPANY, Defendant, Impleaded with FREDERICK J. RABE and CHARLES R. HOPKINS, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JEANETTE M. FOX, Appellant, v. JASPER W. EFIRD and VADA EFIRD, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NATIONAL SURETY COMPANY, Appellant, v. GEERY, GUTHRIE & CO., INC., Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.